Michael G. Beck, Clayton, for Appellant.

Randall D. Sherman, Hillsboro, for Respondents.

Before AHRENS, C.J., and CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and GARY M. GAERTNER and CRANE, JJ.

### ORDER

PER CURIAM.

Appellant, Greg M. Klement, appeals the judgment of conviction entered by the Circuit Court of Monroe County after a jury found him guilty of three counts of stealing by deceit, RSMo § 570.030 (1994). We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the trial court is supported by substantial evidence, is not against the weight of the evidence, and no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Greg M. KLEMENT, Appellant.**

No. 70725.

Missouri Court of Appeals,
Eastern District,
Division One.

March 18, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 23, 1997.

Application to Transfer Denied
May 27, 1997.